In re:                                                                                                          Case No. 24-01673-HWV

Nutrition Corp Holdco, Inc.                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                   User: AutoDocke                                Page 1 of 2

Date Rcvd: Aug 01, 2024                         Form ID: pdf010                            Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nutrition Corp Holdco, Inc., 333 N. Euclid Way, Anaheim, CA 92801-6738 |
| 5630010 | + | Amelia Mekemson, 21661 Brookhurst St, Apt 184, Huntington Beach, CA 92646-8124 |
| 5632166 | + | Ana V. Estrada, 25570 RIVER BEND DRIVE, Apt 17A, YORBA LINDA, CA 92887-6441 |
| 5630296 | + | Christopher Telarico, 17261 Regulus Dr, Yorba Linda, CA 92886-3639 |
| 5630247 | | Daniel Villa, 12712 Anabel avenue, Garden Grove, CA 92843-4235 |
| 5630129 | + | Eastern Produce Distributors LLC, 166 Commerce Rd, Pittston PA 18640-9585 |
| 5630408 | + | Elsa Astrid Schultz, 27675 Bahamonde, Mission Viejo, CA 92692-3233 |
| 5631794 | | Genpro, Inc., 201 NJ-17 400, Rutherford NJ 07070 |
| 5629502 | + | John Kevin Persson, 128 N Ivy Ave, Monrovia, CA 91016-2220 |
| 5629392 | + | Lilian M Mejia, 2541 N. Delta St., Orange, CA 92865-2801 |
| 5629638 | + | Michelle Davis, 234 South Main Street, Taylor, PA 18517-1816 |
| 5630134 | + | Paul J. Lemoncelli Jr, 1201 Prescott Ave, Dunmore, PA 18510-1252 |
| 5632320 | + | Robert Resendez jr, 1720 Capouse Ave, Scranton, PA 18509-1914 |
| 5630429 | + | The Thomas Colace Co., Inc., PO Box 3088, Immokalee, Florida 34143-3088 |
| 5629651 | + | Wayne Davis, 234 South Main Street, Taylor, PA 18517-1816 |
| 5630428 | + | Western Repacking, LLLP, PO Box 3088, Immokalee, Florida 34143-3088 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Eastern Produce Distributors LLC, 166 Commerce Rd, Pittston, PA 18640-9585 |
| cr | * | Genpro, Inc., 201 NJ-17 400, Rutherford, NJ 07070 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024                                           Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Eugene C Kelley

on behalf of Creditor Eastern Produce Distributors LLC ekelley@kpwslaw.com abartoli@kpwslaw.com;emk@kpwslaw.com

Eugene C Kelley

on behalf of Creditor Genpro Inc. ekelley@kpwslaw.com, abartoli@kpwslaw.com;emk@kpwslaw.com

Gregory Benjamin Schiller

on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov

Kara Katherine Gendron

karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com

Mary Jean Fassett

on behalf of Creditor Western Repacking LLLP mjf@mccarronlaw.com

Mary Jean Fassett

on behalf of Creditor The Thomas Colace Co. Inc. mjf@mccarronlaw.com

Robert Edward Bittner

on behalf of Debtor 1 Nutrition Corp Holdco Inc. rbittner@bakerlaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| NUTRITION CORP HOLDCO, INC.<br>aba FRESHNLEAN | Chapter: | 7 |
|---|---|---|
| Debtor 1 | Case No.: | 1:24-bk-01673-HWV |

UNITED STATES TRUSTEE

vs.   Movant(s)

NUTRITION CORP HOLDCO, INC.
dba FRESHNLEAN

Respondent(s)

## ORDER

Upon consideration of the United States Trustee's Motion to Dismiss Case for Debtor's failure to file documents in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, Doc. 2, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 1, 2024

Case 1:24-bk-01673-HWV    Doc 17    Filed 08/03/24    Entered 08/04/24 00:26:23    Desc
Imaged Certificate of Notice    Page 3 of 3