IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NUTRITION CORP HOLDCO, INC., dba FRESHNLEAN,<br><br>Debtor. | Chapter 7<br><br>Case No. 1:24-bk-01673 |

## ORDER

Upon consideration of the Motion to Vacate Dismissal Order and Reinstate Case filed by the Debtor (the "Motion"),[1] Doc. 16, and it appearing that the Trustee does not oppose the relief sought in the Motion, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's deadline for filing its schedules and statement of financial affairs is extended through August 9, 2024.

3. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 5, 2024

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.